FILED
SCRANTON

NOV 1 5 2022

Per_____

DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR. NO. 3:22-CR- 397 |
| v. | : | |
| | : | |
| KYLE AARON HENDRICKS, | : | |
| | : | (Judge Mariahi |
| Defendant. | : | |

# I N D I C T M E N T

THE GRAND JURY CHARGES:

## COUNT 1
18 U.S.C. §922(g)(1)
(Felon in Possession of a Firearm)

On or about April 10, 2022, in Luzerne County, within the Middle

District of Pennsylvania, the defendant,

**KYLE AARON HENDRICKS,**

knowing that he had been convicted of a crime punishable by

imprisonment for a term exceeding one year, did knowingly possess a

firearm, namely, a SCCY Industries CPX-1 9mm semi-automatic pistol,

Serial Number C102870, said firearm having been shipped and

transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

THE GRAND JURY FURTHER ALLEGES:

### FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 981(a)(1)(C).

Pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c),and Title 18, United States Code, Section 982(a)(1)(C), upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), and Title 18, United States Code, Section 924(a)(2), the defendant,

### KYLE AARON HENDRICKS,

shall forfeit to the United States of America any firearms and ammunition involved in the commission of the offenses. The property to be forfeited includes, but is not limited to, the following:

2

    a.    A SCCY Industries CPX-1 9mm semi-automatic pistol, Serial Number C102870;

    b.    8 rounds of 9mm ammunition

If any of the forfeitable property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 981(a)(1)(C).

A TRUE BILL

GERARD M. KARAM
United States Attorney

FOREPERSON

JAMES M. BUCHANAN
Assistant United States Attorney

15 Nov 2022

Date

4